| | |
|---|---|
| FULL NAME<br>Cymeyon Victor Hill<br>COMMITTED NAME (if different)<br><br>FULL ADDRESS INCLUDING NAME OF INSTITUTION<br>Patton State Hospital<br>3102 E. Highland Avenue, Patton, CA 92369<br>PRISON NUMBER (if applicable)<br>179315-7 | Related DDJ<br>FILED<br>CLERK, U.S. DISTRICT COURT<br><br>JUL 2 1 2025<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>EASTERN DIVISION   BY DEPUTY |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDCV25-01994-JLS(E)

CASE NUMBER
*To be supplied by the Clerk*

Cymeyon Victor Hill

PLAINTIFF,

v.

Fatima

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? See docket for confidentiality

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____
_____

Defendants _____
_____

b. Court _____
_____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____
_____
_____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____
   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Cymeyon Victor Hill _____
                                                          (print plaintiff's name)
who presently resides at 3102 E. Highland Avenue, Patton, CA 92369 _____,
                        (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Patton State Hospital _____
                        (institution/city where violation occurred)

_____
**CIVIL RIGHTS COMPLAINT**

on (date or dates) __07/15/2025_____, _____, _____.
                                         (Claim I)                         (Claim II)                    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Fatima_____ resides or works at
   (full name of first defendant)
   __3102 E. Highland Avenue, Patton, CA 92369_____
   (full address of first defendant)
   __Unit 23 Unit Supervisor / Psychiatric Technician_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Defendant violated the plaintiff's 1st amendment right under retaliation__
   _____

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____


5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:
First amendment right violation

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Legal context : appellate district court investigation inquiry. On 7/15/25, defendant Fatima was deliberately indifferent after telling the plaintiff that he was going to be punished for filing lawsuits, grievances, and complaints against employees. Plaintiff asked the defendant to clarify what she meant and defendant against stated that they were going to punish plaintiff for filing grievances and complaints against fellow employees. Defendant then obstructed all of plaintiff's personal property, legal property, and litigation property and obstructed plaintiff's personal packages from personal vendors, stating to plaintiff that this is going to punishment as long as you are staying at Patton State Hospital. Defendant continues a campaign of harassment and retaliation, stating repeatedly to plaintiff that plaintiff is going to be severely punished for accessing the courts to address grievances and complaints judicially. Defendant then stated to plaintiff that the real reason why plaintiff is getting punished is because plaintiff filed a lawsuit against Dr. Friedman and Veronica Kaufman, hospital administration employees. (1) Fogle v. Pierson, 435 F.3d 1252 (10th Cir. 2006) : retaliatory actions in response to protected First Amendment activity can give rise to a 1983 lawsuit. (2) Campbell v. Greisberger, 80 F.3d 703 (2d Cir. 1996) : patients maintain constitutional protections and may pursue claims for retaliatory discipline or treatment. (3) McCormick v. Stalder, 105 F. 3d 1059 (5th Cir. 1997) : retaliation for using the courts is unlawful. (4) Erie Railroad v. Tompkins : federal courts must follow state law where the incident happened

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                                                                    Page 5 of 6


## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Nominal and punitive damages in the amount of $60,000. UCC 1-207 secured party creditor seeking damages under the common law. I reserve all rights under UCC 1-308 without prejudice. See Federal Truth in Lending Act

I declare under penalty UCC 1-308 and UCC 1-207 secured party creditor.

07/17/2025
(Date)

*Cymeyon Victor Hill*
(Signature of Plaintiff)

Cymeyon Hill
3102 East Highland Ave.
Patton, CA, 92369

Clerk of Court - United States District Court
Central District of California - Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA, 92501-3801

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 21 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

