JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON VICTOR HILL,<br>Plaintiff,<br>v.<br>FATIMA,<br>Defendant. | No. ED CV 25-1994-JLS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 17, 2026.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE